**LEWIS BRISBOIS BISGAARD & SMITH LLP**
John R. Feliton, Jr. SB# 56980
221 North Figueroa Street, Suite 1200
Los Angeles, California, 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: feliton@lbbslaw.com
Attorneys for Defendants,
ZENITH ACQUISITION CORP.,
NORTHSTAR CAPITAL ACQUISITION LLC
AND GREGORY NOWICKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JIMMY L. CASTRO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH ACQUISITION CORP., NORTHSTAR CAPITAL ACQUISITION LLC AND GREGORY NOWICKI, and individual,<br><br>Defendants. | CASE C-06-04163 (SI)<br><br>**DEFENDANTS ZENITH ACQUISITION CORP., NORTHSTAR CAPITAL ACQUISITION LLC AND GREGORY NOWICKI'S SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012 through JOHN R. FELITON, hereby substitutes as attorneys for Defendants ZENITH ACQUISITION CORP., NORTHSTAR CAPITAL ACQUISITION LLC and GREGORY NOWICKI in place of CARLSON, MESSER & TURNER LLC, located at 5959 W. Century Blvd. Suite 1214. Defendants have indicated their approval for this substitution of attorney. This substitution is not being taken for the purposes of delay.

-1-
SUBSTITUTION OF ATTORNEY

DATED: September 18, 2006  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ John R. Felton, Jr.
John R. Felton, Jr.
Attorneys for Defendants
ZENITH ACQUISITION CORP.,
NORTHSTAR CAPITAL ACQUISITION LLC
AND GREGORY NOWICKI

Dated: September 18, 2006  CARLSON, MESSER & TURNER

By: /s/
CARLSON, MESSER & TURNER
5959 W. Century Blvd. Suite 1214
Los Angeles, California 90045
Phone: (310) 242-2200
Fax: (310) 242-2222
Withdrawing Attorneys for Defendants
ZENITH ACQUISITION CORP.,
NORTHSTAR CAPITAL ACQUISITION
LLC AND GREGORY NOWICKI

I consent to this substitution:

Dated: 9/18/2006

Representative for Defendant ZENITH
ACQUISITION CORP.

Dated: 9/18/2006

Representative for Defendant
NORTHSTAR CAPITAL
ACQUISITION LLC

Dated: 9-18-06

Defendant GREGORY NOWICKI

-2-
SUBSTITUTION OF ATTORNEY

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA