IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. CASTRO,<br><br>       Plaintiff,<br><br>  v.<br><br>ZENITH ACQUISITION CORP.,<br><br>       Defendant.<br>                                / | No. C 06-04163 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION FOR CLASS CERTIFICATION: <u>December 15, 2006</u>, at <u>9:00 a.m.</u>
(file motion: 11/13/06, file opposition: 11/24/06, file reply: 12/1/06)

FURTHER CASE MANAGEMENT: <u>January 12, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 31, 2007</u>.

DESIGNATION OF EXPERTS: <u>1/8/07</u>; REBUTTAL: <u>1/19/07</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 31, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 9, 2007</u>;

   Opp. Due <u>February 23, 2007</u>;  Reply Due <u>March 3, 2007</u>;

  and set for hearing no later than <u>March 16, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 24, 2007</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 7, 2007</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/11/06

                                                            SUSAN ILLSTON
                                                            United States District Judge